[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 10-15457
Non-Argument Calendar

_____

D.C. Docket No. 1:10-cr-00056-CG-M-3

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

GREGORY BABER,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

(October 4, 2012)

Before TJOFLAT, MARCUS and FAY, Circuit Judges.

PER CURIAM:

Gordon G. Armstrong, III, appointed counsel for Gregory Baber, has filed a

motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v.*

*California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent

review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Baber's convictions and sentences are **AFFIRMED**.